IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RUDY MICHAEL SHAW and MICHAEL HURLEY, <br><br>    Plaintiffs, <br><br> v. <br><br> PREM REDDY, M.D., PRIME HEALTHCARE SERVICES, INC., PRIME HEALTHCARE FOUNDATION, INC., *et al.*, <br><br>    Defendants. | Civil Action No. 3:17-CV-482-N <br><br> <u>FILED IN SEALED CASE</u> |

ORDER

The United States of America having declined to intervene in this civil action, and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS HEREBY ORDERED that:

1.  The Complaint be unsealed after the date of this Order and served upon Defendant by Relators in accordance with FED. R. CIV. P. 4;

2.  All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants pursuant to L.R. 79.4 or otherwise, except for this Order and the United States of America's Declination Notice, which Relators shall serve upon Defendants only after service of the Complaint;

3.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

Order - Page 1

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6 All orders of this Court will be sent to the United States; and

7. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED.

SIGNED this 30th day of March, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE