UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RUDY MICHAEL SHAW and MICHAEL HURLEY,<br><br>             Plaintiffs,<br><br>     v.<br><br>PREM REDDY, M.D., PRIME HEALTHCARE SERVICES, INC., PRIME HEALTHCARE FOUNDATION, INC., et al.,<br><br>             Defendants. | Case No. 3:17-CV-482-N |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relators Rudy Michael Shaw and Michael Hurley hereby dismiss this action WITHOUT PREJUDICE. As required for voluntary dismissal under Rule 41(a)(1)(A)(i), Defendants have neither filed an answer nor moved for summary judgment. The False Claims Act requires that the government give written consent prior to the dismissal of an action. 31 U.S.C. § 3730(b)(1). The United States has advised Relators' counsel that it will file a separate notice indicating their consent to dismissal.

Dated: April 12, 2018

          Respectfully submitted,

          By: <u>s/ Theodore C. Anderson</u>
              Theodore C. Anderson
              Texas State Bar No. 01215700
              tca@kilgorelaw.com
              Alexandra A. Treadgold
              Texas State Bar No. 24094985
              aat@kilgorelaw.com
              KILGORE & KILGORE PLLC
              3109 Carlisle Street
              Dallas, Texas 75204
              Phone: (214) 969-9099
              Fax: (214) 379-0843

              Brendan E. Little
              *blittle@levylaw.com*
              LEVY KONIGSBERG LLP
              800 Third Ave., 11th Floor
              New York, NY 10022
              Phone: (212) 605-6200
              Fax: (212) 605-6290

          *Attorneys for the Relators*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's electronic filing system on this 12th day of April, 2018.

                                                    /s/ *Theodore C. Anderson*
                                                    Theodore C. Anderson